AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

v.

APPEARANCE

CASE NUMBER: 1-06-M-15 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Enrique Castillo Mendez

I certify that I am admitted to practice in this court.

January 31, 2006
*Date*

*Signature*

MARY JUNE CIRESI 3737
*Print Name* *Bar Number*

91 Friendship St 4th Floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-455-9600 401-453-5903
*Phone Number* *Fax Number*

SCANNED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.