IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 06 22-01ML |
| vs. | ) | In violation of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(B) & 18 U.S.C. §2 |
| ✓ALBERTO SAMA-GRACIANO, a/k/a Jo Jo and JOSE ENRIQUE CASTILLO MENDEZ, a/k/a Cocoa, a/k/a Cocua | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about January 18, 2006, in the District of Rhode Island, the Defendants, ALBERTO SAMA-GRACIANO, a/k/a Jo Jo, and JOSE ENRIQUE CASTILLO MENDEZ, a/k/a Cocoa, a/k/a Cocua, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more, of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B);

All in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

COUNT TWO

From a time unknown up to and including on or about January 20, 2006, in the District of Rhode Island, the Defendants, ALBERTO SAMA-GRACIANO, a/k/a Jo Jo, and JOSE ENRIQUE CASTILLO MENDEZ, a/k/a Cocoa, a/k/a Cocua, and others known and unknown to the grand jury, did knowingly, intentionally and wilfully

combine, conspire, confederate and agree with each other, to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B);

All in violation of 21 U.S.C. § 846.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

DATE: 02/08/06