AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Jose Enrique Castillo Mendez

APPEARANCE

CASE NUMBER: CR06-22-02ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Enrique Castillo Mendez

I certify that I am admitted to practice in this court.

10th of February 2006
*Date*

[signature]
*Signature*

MARY JUNE CIRESI 3739
*Print Name* *Bar Number*

91 Friendship St 4th Floor
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401-455-9600 401-453-5903
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.