UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO. 06-22-01ML |
| | : | CR.No. 06-22-02ML |
| ALBERTO SAMA-GRACIANO | : | |
| JOSE ENRIQUE CASTILLO MENDEZ | : | |

<u>GOVERNMENT'S RESPONSE TO DEFENDANT'S</u>
<u>MOTION TO CONTINUE RE-SENTENCING</u>

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby states that it has no objection to defendants Joint Motion to Extend Time to Prepare and File Pretrial Motions.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 21st day of March, 2006, I mailed a true copy of the Government's Response to Defendant's Joint Motion to Extend Time to Prepare and File Pretrial Motions to:

Robert R. Mann, Esq.
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903

Mary June Ciresi, Esq.
Mary June Ciresi Attorney at Law
91 Friendship St., 4th Floor
Providence, RI 02903

Paula Hoxsey