UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-22-01 ML |
| | ) | CR [redacted]02 ML |
| ALBERTO SAMA-GRACIANO | ) | |
| JOSE ENRIQUE CASTILLO MENDEZ | ) | |

DEFENDANTS' MOTION TO EXTEND TIME
AND TO VACATE PRETRIAL ORDER

Now come the Defendants Alberto Sama-Graciano and Jose Enrique Castillo Mendez and move that the period of time in which they be permitted to file pretrial motions be extended to and through July 5, 2006 and that the pretrial order in this case assigning this case to the trial calendar for June 2006, be vacated. The defendants are authorized to state that the Assistant United State's Attorney, Stephanie Browne, has no objection to this motion.

In this case there are a large number of intercepted telephone calls, the vast majority of which are in Spanish. In addition, the defendants in this case speak Spanish. They have virtually no ability to communicate with counsel in English, particularly about legal matters. Neither defense counsel speaks Spanish. The undersigned counsel, Robert Mann, expects to have a Spanish speaking law student volunteering at his office three days a week beginning about May 30, 2006. Counsel, Mary June Ciresi is utilizing the services of non-lawyer Spanish speaking office staff to assist. Both counsel still require the use of interpreters for some matters, and are trying to use the Court interpreters as much as possible during regular Court hours to reduce interpreter expenses.

Granted. Mary M. Lisi U.S.D.J. 5/11/06

The extra time is requested to enable to defendants to have an adequate opportunity to review the discovery.

For all of the aforesaid reasons, the defendants jointly move that the period of time to file pretrial motions be extended to and through July 5, 2006, and the trial date in this case be vacated.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12 of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The defense would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been previous delay, for the period from March 13, 2006 to May 15, 2006, related to the subject matter of this motion, in the nature of a similar prior motion to extend time, which is excludable, and the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Alberto Sama-Graciano
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

Jose Enrique Castillo Mendez
By his Attorney,

Mary June Ciresi #3739
Mary June Ciresi Attorney at Law
91 Friendship St., 4th Floor
Providence, RI 02903
(401) 455-9600

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Mary Rogers, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 9 day of May, 2006.