UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-22-02 ML |
| | ) | |
| JOSE ENRIQUE CASTILLO MENDEZ | ) | |

## DEFENDANT'S MOTION TO EXTEND TIME

Now comes the Defendant Jose Enrique Castillo Mendez and moves that the period of time in which he be permitted to file pretrial motions be extended to and through August 26, 2006 and that the pretrial order assigning this case to the trial calendar for August 2006 be vacated.

The Defendant anticipates filing a plea agreement in this matter. However, the Government has provided the defense with discovery of telephone conversations on compact discs which appear to include over 21,000 folders. The telephone conversations are not in chronological order nor are the assigned line numbers in any particular order.

The defense surmises from a very cursory review of some folders that each folder contains three files, including one audio file and that each folder represents one telephone call. The same review seems to indicate that many of these folders are blank or contain no information but the defense does not discern any means of determining which folders fit within this category. In addition, the defense believes that the vast majority of the conversations are in Spanish.

Counsel has had difficulty in procuring interpreter services in order to review the evidence with the Defendant. Counsel and the Defendant have had limited opportunity to

Granted. Mary M. Lisi USDJ 7/19/06

review the audio discs due to difficulty in procuring an interpreter for an extended period of time and the lack of organization of the recorded conversations.

As previously stated, the Defendant anticipates filing a plea agreement. The Defendant is not a native of the United States and has a limited understanding of the judicial process. The Defendant seeks a meaningful opportunity to review the evidence presented by the government.

Counsel has conferred with Assistant Attorney General Stephanie Browne, who has no objection to the within request.

For all of the aforesaid reasons, the defendant moves that the period of time to file pretrial motions be extended to and through August 25, 2006, and the trial date in this case be vacated.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Jose Enrique Castillo Mendez
By his Attorney,

Mary June Ciresi
91 Friendship Street 4th Floor
Providence, RI 02903
401-455-9600
401-453-5903 (fax)
RI Bar No. 3739

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed to Stephanie Brown and Mary Rogers, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 on the 18th day of July 2006.

Mary June Ciresi