UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Planitff, | ) |
| Vs. | ) Case No 1: 06CR00022-2 (ML) |
| Jose E. Castillo Mendez, Defendant, | ) |

DEFENDANT'S MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(e)

The defendant Jose Enrque Castillo Mendez, hereby respectfully move this Honorable Court Pursuant to Federal Rules of Criminal Procedure, Rule 41(e), to order the return of his below described properties:

1. $4,000.00 US Dollars
2. $120.00 US Dollars
3. Two Dominican Passport (New & Expired)
4. Dominican Drivers License
5. ID (Cerificate) ect..

The above property were seized on January 30, 2006, at 9:00 p.m. at 146 Prisila Ave. (2d Floor) Providence, Rhode Island 22909.

BACKGROUND

On January 30, 2006, approximately at 8:30 p.m., I was arrested by a task force. At exactly 9:00 p.m. the officers took me to my house that I used to share with my wife Ruth Castillo at 146 Prisila Ave. (2d Floor) Providence Rhode Island. The officers commanded me

to wait outside the house. The officers then proceeded to enter the house without the search warrant. Once inside the house the officers found inside my wife purse $4,000 dollars. The $4,000 dollars were destined to pay the over due rent. The officers never show a search warrant to my wife, Ruth Castillo, or any document showing permission to search her purse. At this moment my wife has been force to relocated to Boston, Mass. because she couldn't pay the over due rent.

Also, the officers search a wooden box that contained my personal belonging. Inside the box was my 2 Dominican Passport, $120.00 dollars my driver license issued by the Dominican Government, ID, ect..

As reason therefore, defendant states that the said properties were seized illegally or is not intended or no longer required as evidence in the instant case and the government has not moved for forfeiture.

Executed this 12 day of November 2007.

Respectfully Submitted,

Jose E. Castillo Mendez

Jose E. Castill-Mendez
Pro-se, Litigant
Reg. No.05712-070
M.V.C.C., Unit B-5
555 I Cornell Drive
Philisburg, Pa 16866

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO. 1: 06CR00022-2 (ML) |
| JOSE E. CASTILLO MENDEZ | ) | |

## CERTIFICATE OF SERVICE

I, Jose Enrique Castillo Mendez, hereby certify that I served the foregoing Motion for Return of Property Pursuant to Rule 41(e) by mailing a copy of same to Assistant United Stated Attorney Mary Roger, Esquire, for the District of Rhode Island, at Fleet Center, 8th Fl., 50 Kennedy Plaza Providence, Rhode Island 02903, on the date indicate below.

Jose E. Castillo Mendez
Jose E. Castill, Pro-se
Reg. NO. 05712-070
M.V.C.C., Unit B-5
555 I Cornell Drive
Philisburg, Pa 16866

Dated: November 12, 2007.