**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| v. | ) | C.R. No. 06-00022-2 ML |
| JOSE E. CASTILLO MENDEZ, DEFENDANT. | ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY**

The Government requests an extension of time to respond to Defendant's Motion for Return of Property Pursuant to Rule 41(e). The Government has diligently searched and continues to search for the files necessary to respond to Defendant's Motion, which was filed almost a year after judgment was enter and Defendant's incarceration commenced. To allow a complete search for the relevant records and time to contact the personal with knowledge of the matters at issue in Defendant's Motion, the Government requests a response deadline of February 22, 2008.

Respectfully,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah

MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February 2007, I electronically filed the within Motion to Extend Time to Respond to Defendant's Motion for Return of Property with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and mailed a copy of the Motion via first-class mail to the following:

Defendant Jose E. Castillo Mendez
Reg. No. 05712-070
MVCC, Unit B-5
555 I Cornell Drive
Philisburg, Pennsylvania 16866

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov