FD-302 (Rev. 10-6-95) EXHIBIT 1



**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 01/31/2006

On 01/30/2006 at 10:00 pm, Special Federal Officers (SFO) Michael Dicomitis, Jon Theroux and Agent Raymond Mazzone set up a fix surveillance at 46 Priscilla Ave 2nd floor Providence, RI. This is the residence of Jose E. Castillo Mendez DOB: 2/21/1971, aka: COCUA, Ruth Sanchez, his girlfriend.

At approximately 10:45 pm, Mendez left the residence by the rear door and walked down Priscilla Ave towards Union St. SFO Dicomitis, Theroux and Agent Mazzone stopped Mendez on Union St. just north of Priscilla Ave. We identified ourselves and Mendez placed his hands in the air. Mendez was advised of the investigation and a pat down search was conducted. SFO Dicomits found a cellular telephone, a ledger and a piece of paper with telephone numbers in his coat pocket. All the items were seized by SFO Dicomitis. Mendez was escorted back to his residence.

Once at 46 Priscilla Ave, Agent Mazzone stayed with Mendez outside while SFO's Dicomitis and Theroux met with Ruth Sanchez on the second floor. SFO Theroux advised Sanchez of the investigation and that Mendez was selling narcotics. SFO Theroux asked Sanchez if we could search the residence for narcotics and she said we could. Sanchez spoke in broken English and said she understood what SFO Theroux was saying. SFO Theroux gave Sanchez two consent to search forms, one in English and one in Spanish. Sanchez read the consent to search form in Spanish and said she understood the form. Sanchez signed the consent to search at 11:15 pm.

SFO Dicomitis searched the master bedroom where he located a tin box near the bed. Inside the box were two (2) Dominica Republic Pass Ports for Jose E. Castillo Mendez, a Citizen Bank letter to Mendez, a Verizon phone bill for Sanchez, a letter to Sanchez from the Management Realty Services Inc and a I-765 form for Castillo. SFO Dicomitis also located another cellular telephone next to the bed. All items were seized by SFO Dicomitis. No other items were located in the residence.

During the search, SFO Dicomitis was advised that a search warrant had been issued for Mendez's residence.

Investigation on 01/30/2006 at Providence, RI

File # 245B-BS-94638 -189

Date dictated 01/31/2006

by SFO Michael Dicomitis MD

033dm01.wd

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

245B-BS-94638

Continuation of FD-302 of SFO Michael Dicomitis, On 01/30/2006, Page 2

On 01/31/2006 at 12:45 am, the search of the residence was completed.

SFO Dicomits and Agent Mazzone transported Mendez to the FBI office.