245B-BS-44638

EXHIBIT 2

# CONSENT TO SEARCH
PERMISO PARA REGISTAR

HOUR (HORA) 11:15 PM
DATE (FECHA) 1-30-06
PLACE (LUGAR) 46 PRISCILLA AVE.

**I, ______, having been informed of my right not to have**
(Yo ______ despues de haber sido informado de mi derecho a no permitir)
RUTH SANCHEZ

**a search made of the premises ~~and/or vehicle~~ described below without a search warrant**
(el registro del local y/o ~~vehiculo~~ que se describen mas abajo sin una orden de registro)

**and my right to refuse to consent to such a search, do authorize**
(y mi derecho a negarme a permitir tal registro, authorizo a ______)

**of the ______ Police Department to conduct a complete search of my**
(del ______ Deparmento de Policia a llevar a cabo un registro completo de mi)
RI STATE POLICE/ HIDTA TASK FORCE

**premises and/or ~~vehicle des~~cribed as**
(local y/o ~~vehiculo~~ de descripcion ______)
46 PRISCILLA AVE. APT #2

**I give my consent to this search knowing that if any inciminating evidence is found it can be used against me in Court.**

(Yo doy mi permiso a este registro sabiendo que en caso de enontrar culquier evidencia incriminatoria, esta puede usarse en mi contra en un Tribunal.)

**The police officer(s) named above has my permission to take any letters, papers, or other property from my premises and/or vehicle.**

(El policia(s) mencionado anteriormente tiene mi permiso para llevarse cualquieras cartas, documentos u otras propiedades de mi local y/o vehiculo.)

**I give this written permission to the police officer(s) named voluntarily and without threats or promises of any kind.**

(Yo doy este permiso por escrito al policia(s) mencionado anteriormente de propia voluntad y sin amenzas o promesas de ninguna clase.)

Ruth Sanchez
**Signature**
(firma)

**WITNESSES:** SFO [signature]
(Testigos)