EXHIBIT 3

02/22/08
10:22:16

FD-192

ICMIPRO:
Page :

Title and Character of Case:

BERNARD, ESTOREDARCIO, A
OPERATION BIG LEAGUE

Date Property Acquired: 01/30/2006

Source from which Property Acquired:
JOSE E. CASTILLO MENDEZ
46 PRISCILLA AVENUE, 2ND FLOOR
PROVIDENCE RI 02909

Anticipated Disposition:

Acquired By:
DICOMITIS MICHAEL P

Case Agent:
MOREHEAD MICHAEL R

Description of Property:
1B 5

Date Entered

1. TWO (2) DOMINICANA REPUBLICA IDENTIFICATIONS FOR JOSE E CASTILLO MENDEZ, DOB: 02/21/1971, AKA "COCOA" ON PERSON;
2. ONE (1) LEDGER, ONE (1) PAPER WITH TELEPHONE NUMBER, ONE (1) CINGULAR CELLULAR TELEPHONE ON PERSON (SERIAL NUMBER 411CQEA536788-2);
3. TWO (2) PASSPORTS (DOMINICANA REPUBLICA) JOSE E. CASTILLO
4. CINGULAR CELLULAR TELEPONE, SERIAL # 411CQCV503419; SET OF KEYS; MASS EBT (RUTH R. SANCHEZ 4/14/78);
5. CITIZENS BANK LETTER (JOSE ENRIQUE MENDEZ); VERIZON PHONE BILL (RUTH SANCHEZ, FLR 2, 46 PRISCILLA AVE, PROVIDENCE, RI) ACCT# 401943064180l0054;
6. LETTER TO MS RUTH SANCHEZ FROM MANAGEMENT REALTY SERVICES INC.;
7. I-765 FORM FOR JOSE ENRIQUE CASTILLO;

Barcode: E03749374 Location: ECRPRA UNIT7 SHELF7 02/01/2006

Case Number: 245B-BS-94638
Owning Office: BOSTON