UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-022-02 ML

JOSE ENRIQUE CASTILLO MENDEZ

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on May 6, 2008. In the Report and Recommendation, Magistrate Judge Martin recommends denial of Defendant's Motion to return $4,120 in U.S. currency allegedly seized by government agents on January 30, 2006. Magistrate Judge Martin also recommends a denial as moot of Defendant's Motion to return certain documents because those documents had been returned pursuant to Magistrate Judge Martin's April 3, 2008 Order.

Defendant has not responded to the Report and Recommendation, and the time for filing an objection has now passed. Accordingly, this Court adopts the Report and Recommendation in its entirety. Defendant's Motion to return the $4,120 in U.S. currency allegedly seized on January 30, 2006 is DENIED. Defendant's Motion to return documents is DENIED as moot.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 28, 2008